**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-03147-LTB-MJW

MELISSA STEGNER, a Colorado resident,

    Plaintiff,

v.

COOPERATIVE BENEFIT ADMINISTRATORS, INC., a foreign corporation, and
NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, a Touchstone Energy Cooperative, a foreign corporation, and
COFINITY, f/k/a Sloans Lake Managed Care, a Colorado corporation,

    Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court, <u>sua sponte</u> for review. An Order to Show Cause was issued on April 29, 2013 (Doc 7) giving Plaintiff up to and including May 13, 2013 to show cause why this matter should not be dismissed for failure to prosecute. To date no response has been filed or good cause shown. It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

Dated: May 20, 2013